INDEX AS VENTURE HOMES INC., GRANTOR, AND THE UNITED STATES OF AMERICA, GRANTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03208-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. $68,145.34 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #599362910;
2. $1,285,623.35 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #599517901;
3. $10,008.31 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #599965977;
4. $10,008.30 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #599965928;
5. $210,064.42 HELD IN CHASE BANK ACCOUNT #635479809;
6. $45,144.07 HELD IN JACKSON NATIONAL LIFE INSURANCE ACCOUNT #1020952900;
7. $45,279.02 HELD IN JACKSON NATIONAL LIFE INSURANCE ACCOUNT #1020964665;
8. $42,351.34 HELD IN AMERICAN FUNDS BANK ACCOUNT #4000751438;
9. $55,889.35 HELD IN LEGG MASON BANK ACCOUNT #5000135287;
10. $55,715.15 HELD IN LEGG MASON BANK ACCOUNT #5000135286;
11. $45,387.81 HELD IN ALLIANZ BANK ACCOUNT #AV001069790;
12. $45,602.18 HELD IN ALLIANZ BANK ACCOUNT #AV001072172;
13. $2,110.72 HELD IN ACADEMY BANK ACCOUNT #9200701088;
14. $2,467.83 HELD IN ACADEMY BANK ACCOUNT #9300587245;
15. 2011 TOYOTA SIENNA XLE, VIN 5TDYK3DC2BS037859;
16. $263,262.00 SEIZED FROM JP MORGAN CHASE BANK ACCOUNT #936007280 on June 25, 2018;
17. $88,737.41 HELD IN JACKSON NATIONAL LIFE IRA ACCOUNT #1020955836;
18. ALL FUNDS HELD IN JP MORGAN CHASE ACCOUNT #936007280;
19. ALL FUNDS HELD IN JP MORGAN CHASE ACCOUNT #3636820079;
20. ALL FUNDS HELD IN JP MORGAN CHASE ACCOUNT #591953596;
21. ALL FUNDS HELD IN JP MORGAN CHASE ACCOUNT #634799504;
22. REAL PROPERTY LOCATED AT 5877 S. DUQUESNE COURT, AURORA, COLORADO;

23. ALL FUNDS HELD IN BETTERMENT WEALTH BUILDER ACCOUNT #268011226640922;
24. $25,714.83 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #598869741;
25. $347.59 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #587239989;
26. $1,513,635.01 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #59985444;
27. $25,934.80 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #588743187;
28. 2018 HONDA CR-V, VIN 7FARW2H91JE026845;
29. $573,887.35 HELD IN CHASE BANK ACCOUNT #281852795;
30. $331,298.08 HELD IN CHASE BANK ACCOUNT #3663323286;
31. 2015 CADILLAC XTS, VIN 2G61L5S37F9244682;
32. 2003 CHEVROLET CORVETTE, VIN 1G1YY32G435115773;
33. $206,575.57 HELD IN BANK OF AMERICA ACCOUNT #334055019012;
34. $1,491,204.76 HELD IN BANK OF AMERICA ACCOUNT #224056082506;
35. $69,539.19 HELD IN BANK OF AMERICA ACCOUNT #334055767354;
36. $49,606.76 HELD IN BETTERMENT BANK ACCOUNT #268011234824534;
37. 445 KENDRICK TERRACE SW, ATLANTA, GA;
38. $919.18 HELD IN BANK OF AMERICA ACCOUNT #898086427686;
39. 7207 DEMETER DRIVE, ATANTA, GA;
40. 2016 NISSAN ROGUE, VIN 5N1AT2MV9GC737702;
41. 2017 BMW 330i, VIN WBA8B9G36HNU56511;
42. 2014 FORD F150, VIN 1FTFW1CF7EKD13069;
43. $7,770.76 HELD IN REGIONS BANK ACCOUNT #0246222464;
44. $116,259.31 HELD IN BANK OF AMERICA ACCOUNT #334056385560;
45. $99,853.91 HELD IN BANK OF AMERICA ACCOUNT #334056385727;
46. $33,446.88 HELD IN BANK OF AMERICA ACCOUNT #334056385644;
47. $695,774.00 HELD IN REGIONS BANK ACCOUNT #250240609;
48. 4236 PEPPERDINE DRIVE, DECATUR, GEORGIA
49. 2007 TRANSCRAFT CORP FLATBED TRAILER 53X102, VIN 1TTE4820871082302;
50. $259.51 HELD IN PUBLIC SERVICE CREDIT UNION BANK ACCOUNT #9100701809;
51. $2,293.61 HELD IN PUBLIC SERVICE CREDIT UNION BANK ACCOUNT #9000701809;
52. $123,563.08 HELD IN GUARANTY BANK ACCOUNT #4000825684;
53. $189,862.19 HELD IN GUARANTY BANK ACCOUNT #4000824577;
54. $99,931.11 HELD IN GUARANTY BANK ACCOUNT #4000825668;
55. $6,392.44 HELD IN BETTERMENT BANK ACCOUNT #268011234296345; AND
56. $4,627.11 HELD IN USAA BANK ACCOUNT #202360792;

       Defendants.

## NOTICE OF LIS PENDENS

<u>RECORD TITLE OWNER</u>: VENTURE HOMES INC.

PLEASE TAKE NOTICE that the United States of America filed a *Verified Complaint for Forfeiture In Rem*, in which the United States seeks a judgment and final order of forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), 18 U.S.C. §§ 984 and 985, forfeiting to the United States all right, title, and interest in and to the following real property:

445 Kendrick Terrace SW, Atlanta, GA 30331 (defendant 445 Kendrick Terrace SW), which is more fully described as follows:

Parcel ID 14F0075 LL0618, Fulton County, State of Georgia

DATED this 14th day of December, 2018.

>Respectfully submitted,
>
>JASON R. DUNN
>United States Attorney
>
>By: *s/ Tonya S. Andrews*
>Tonya S. Andrews
>Assistant United States Attorney
>United States Attorney's Office
>1801 California Street, Ste. 1600
>Denver, CO 80202
>303-454-0100
>tonya.andrews@usdoj.gov
>*Attorney for the United States*