IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03208-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   $68,145.34 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #599362910;
2.   $1,285,623.35 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #599517901;
3.   $10,008.31 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #599965977;
4.   $10,008.30 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #599965928;
5.   $210,064.42 HELD IN JP MORGAN CHASE BANK ACCOUNT #635479809;
6.   $45,144.07 HELD IN JACKSON NATIONAL LIFE INSURANCE ACCOUNT #1020952900;
7.   $45,279.02 HELD IN JACKSON NATIONAL LIFE INSURANCE ACCOUNT #1020964665;
8.   $42,351.34 HELD IN AMERICAN FUNDS BANK ACCOUNT #4000751438;
9.   $55,889.35 HELD IN LEGG MASON BANK ACCOUNT #5000135287;
10.   $55,715.15 HELD IN LEGG MASON BANK ACCOUNT #5000135286;
11.   $45,387.81 HELD IN ALLIANZ BANK ACCOUNT #AV001069790;
12.   $45,602.18 HELD IN ALLIANZ BANK ACCOUNT #AV001072172;
13.   $2,110.72 HELD IN ACADEMY BANK ACCOUNT #9200701088;
14.   $2,467.83 HELD IN ACADEMY BANK ACCOUNT #9300587245;
15.   2011 TOYOTA SIENNA XLE, VIN 5TDYK3DC2BS037859;
16.   $263,262.00 SEIZED FROM JP MORGAN CHASE BANK ACCOUNT #936007280 on June 25, 2018;
17.   $88,737.41 HELD IN JACKSON NATIONAL LIFE IRA ACCOUNT #1020955836;
18.   ALL FUNDS HELD IN JP MORGAN CHASE ACCOUNT #936007280;
19.   ALL FUNDS HELD IN JP MORGAN CHASE ACCOUNT #3636820079;
20.   ALL FUNDS HELD IN JP MORGAN CHASE ACCOUNT #591953596;
21.   ALL FUNDS HELD IN JP MORGAN CHASE ACCOUNT #634799504;
22.   REAL PROPERTY LOCATED AT 5877 S. DUQUESNE COURT, AURORA, COLORADO;
23.   ALL FUNDS HELD IN BETTERMENT WEALTH BUILDER ACCOUNT #268011226640922;
24.   $25,714.83 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #598869741;

25. $347.59 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #587239989;
26. $1,513,635.01 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #59985444;
27. $25,934.80 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #588743187;
28. 2018 HONDA CR-V, VIN 7FARW2H91JE026845;
29. $573,887.35 HELD IN JP MORGAN CHASE BANK ACCOUNT #281852795;
30. $331,298.08 HELD IN JP MORGAN CHASE BANK ACCOUNT #3663323286;
31. 2015 CADILLAC XTS, VIN 2G61L5S37F9244682;
32. 2003 CHEVROLET CORVETTE, VIN 1G1YY32G435115773;
33. $206,575.57 HELD IN BANK OF AMERICA ACCOUNT #334055019012;
34. $1,491,204.76 HELD IN BANK OF AMERICA ACCOUNT #224056082506;
35. $69,539.19 HELD IN BANK OF AMERICA ACCOUNT #334055767354;
36. ALL FUNDS HELD IN BANK OF AMERICA ACCOUNT #334056613532;
37. ALL FUNDS HELD IN BANK OF AMERICA ACCOUNT #334047935713;
38. ALL FUNDS HELD IN BANK OF AMERICA ACCOUNT #334047935705;
39. $49,606.76 HELD IN BETTERMENT BANK ACCOUNT #268011234824534;
40. 445 KENDRICK TERRACE SW, ATLANTA, GEORGIA;
41. $919.18 HELD IN BANK OF AMERICA ACCOUNT #898086427686;
42. 7207 DEMETER DRIVE, ATLANTA, GEORGIA;
43. 2016 NISSAN ROGUE, VIN 5N1AT2MV9GC737702;
44. 2017 BMW 330i, VIN WBA8B9G36HNU56551;
45. 2014 FORD F150, VIN 1FTFW1CF7EKD13069;
46. $7,770.76 HELD IN REGIONS BANK ACCOUNT #0246222464;
47. $116,259.31 HELD IN BANK OF AMERICA ACCOUNT #334056385560;
48. $99,853.91 HELD IN BANK OF AMERICA ACCOUNT #334056385727;
49. $33,446.88 HELD IN BANK OF AMERICA ACCOUNT #334056385644;
50. $695,774.00 HELD IN REGIONS BANK ACCOUNT #250240609;
51. 4236 PEPPERDINE DRIVE, DECATUR, GEORGIA
52. 2007 TRANSCRAFT CORP FLATBED TRAILER 53X102, VIN 1TTE4820871082302;
53. $259.51 HELD IN PUBLIC SERVICE CREDIT UNION BANK ACCOUNT #9100701809;
54. $2,293.61 HELD IN PUBLIC SERVICE CREDIT UNION BANK ACCOUNT #9000701809;
55. $123,563.08 HELD IN GUARANTY BANK ACCOUNT #4000825684;
56. $189,862.19 HELD IN GUARANTY BANK ACCOUNT #4000824577;
57. $99,931.11 HELD IN GUARANTY BANK ACCOUNT #4000825668;
58. $6,392.44 HELD IN BETTERMENT BANK ACCOUNT #268011234296345; AND
59. $4,627.11 HELD IN USAA BANK ACCOUNT #202360792;

Defendants.

**WARRANT FOR ARREST OF PROPERTY *IN REM***

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and currently in the custody of the United States, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

- a. $68,145.34 held in Bellco Credit Union Bank Account #599362910;
- b. $1,285,623.35 held in Bellco Credit Union Bank Account #599517901;
- c. $10,008.31 held in Bellco Credit Union Bank Account #599965977;
- d. $10,008.30 held in Bellco Credit Union Bank Account #599965928;
- e. $210,064.42 held in JP Morgan Chase Bank Account #635479809;
- f. $45,144.07 held in Jackson National Life Insurance Account #1020952900;
- g. $45,279.02 held in Jackson National Life Insurance Account #1020964665;
- h. $42,351.34 held in American Funds Bank Account #4000751438;
- i. $55,889.35 held in Legg Mason Bank Account #5000135287;
- j. $55,715.15 held in Legg Mason Bank Account #5000135286;
- k. $45,387.81 held in Allianz Bank Account #AV001069790;
- l. $45,602.18 held in Allianz Bank Account #AV001072172;
- m. $2,110.72 held in Academy Bank Account #9200701088;
- n. $2,467.83 held in Academy Bank Account #9300587245;
- o. 2011 Toyota Sienna XLE, VIN 5TDYK3DC2BS037859;
- p. $263,262.00 seized from JP Morgan Chase Bank Account #936007280 on June 25, 2018;
- q. $88,737.41 held in Jackson National Life IRA Account #1020955836;

| | |
|---|---|
| r. | $25,714.83 held in Bellco Credit Union Bank Account #598869741; |
| s. | $347.59 held in Bellco Credit Union Bank Account #587239989; |
| t. | $1,513,635.01 held in Bellco Credit Union Bank Account #59985444; |
| u. | $25,934.80 held in Bellco Credit Union Bank Account #588743187; |
| v. | 2018 Honda CR-V, VIN 7FARW2H91JE026845; |
| w. | $573,887.35 held in JP Morgan Chase Account #281852795; |
| x. | $331,298.08 held in JP Morgan Chase Account #3663323286; |
| y. | 2015 Cadillac XTS, VIN 2G61L5S37F9244682; |
| z. | 2003 Chevrolet Corvette, VIN 1G1YY32G435115773; |
| aa. | $206,575.57 held in Bank of America Account #334055019012; |
| bb. | $1,491,204.76 held in Bank of America Account #224056082506; |
| cc. | $69,539.19 held in Bank of America Account #334055767354; |
| dd. | $49,606.76 held in Betterment Bank Account #268011234824534; |
| ee. | $919.18 held in Bank of America Account #898086427686; |
| ff. | 2016 Nissan Rogue, VIN 5N1AT2MV9GC737702; |
| gg. | 2017 BMW 330i, VIN WBA8B9G36HNU56551; |
| hh. | 2014 Ford F150, VIN 1FTFW1CF7EKD13069; |
| ii. | $7,770.76 held in Regions Account #0246222464; |
| jj. | $116,259.31 held in Bank of America Account #334056385560; |
| kk. | $99,853.91 held in Bank of America Account #334056385727; |
| ll. | $33,446.88 held in Bank of America Account #334056385644; |
| mm. | $695,774.00 held in Regions Account #250240609; |
| nn. | $259.51 held in Public Service Credit Union Bank Account #9100701809; |
| oo. | $2,293.61 held in Public Service Credit Union Bank Account #9000701809; |
| pp. | $123,563.08 held in Guaranty Bank Account #4000825684; |
| qq. | $189,862.19 held in Guaranty Bank Account #4000824577; |
| rr. | $99,931.11 held in Guaranty Bank Account #4000825668; |
| ss. | $6,392.44 held in Betterment Bank Account #268011234296345; and |
| tt. | $4,627.11 held in USAA Bank Account #202360792. |

Further, pursuant to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and currently in the custody of third-parties, and to use

4

whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

   a. All Funds Held in JP Morgan Chase Account #936007280;
   b. All Funds Held in JP Morgan Chase Account #3636820079;
   c. All Funds Held in JP Morgan Chase Account #591953596;
   d. All Funds Held in JP Morgan Chase Account #634799504;
   e. All Funds held in Betterment Wealth Builder Account #268011226640922;
   f. All funds held in Regional Home Healthcare East, LLC Bank of America Account #334056613532;
   g. All funds held in Regional Home Healthcare East, LLC Bank of America Account #334047935713;
   h. All funds held in Regional Home Healthcare East, LLC Bank of America Account #334047935705; and
   i. 2007 Transcraft Corp Flatbed Trailer 53X102, VIN 1TTE4820871082302.

All custodians, including JP Morgan Chase and Betterment Wealth Builder, are directed to remit defendant assets to the duly authorized law enforcement officer upon presentation of the Warrant for Arrest of Property *In Rem*.

DATED this 14 day of December, 2018.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: s/ J. Garcia-Gonzalez
Deputy Clerk