IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$68,145.34 HELD IN BELLCO CREDIT UNION BANK ACCOUNT ###2910, et al.,<br><br>Defendants, *in rem*. | Case No.<br>1:18-cv-03208-KLM |

## VERIFIED CLAIM OF
## INTERCOASTAL LAND ACQUISITION AND DEVELOPMENT, LLC

COMES NOW, Claimant INTERCOASTAL LAND ACQUISITION AND DEVELOPMENT, LLC, by and through counsel, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, files this verified claim as follows:

On or about December 14, 2018, Plaintiff United States of America filed a verified complaint in the above-captioned matter against the Defendants *in rem* identified in the verified complaint.

Claimant is the owner of:[1]

51. 4236 Pepperdine Drive, Decatur, GA 30034, Parcel ID 15 062 02 056, Pin Number 0064394, DeKalb County, State of Georgia.

---

[1] The number designations correspond to the property as numbered in the caption of the complaint.

1

I attest and declare under penalty of perjury that my claim to the Defendant Property is not frivolous and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

*Marcelline McCrea-Stripling*
MARCELLINE MCCREA STRIPLING
TREASURER AND SECRETARY
INTERCOASTAL LAND ACQUISITION
AND DEVELOPMENT, LLC

Respectfully submitted on this the 2 day of April, 2019.

THE RICE LAW FIRM, LLC

RICHARD A. RICE, JR.
GA Bar No. 603203
richard.rice@trlfirm.com

10 Piedmont Center, Suite 110
3495 Piedmont Rd NE
Atlanta, GA 30305
404.835.0783
404.481.3057 (fax)

Counsel for Claimant

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed using the CM/ECF system, which will automatically send email notification of such filing to all counsel of the following attorneys of record.

This 2 day of April, 2019.

/s/ RAR
RICHARD A. RICE, JR.
Ga. Bar No. 603203