IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$68,145.34 HELD IN BELLCO CREDIT UNION BANK ACCOUNT ###2910, et al.,<br><br>Defendants, *in rem*. | Case No.<br>1:18-cv-03208-KLM |

## VERIFIED CLAIM OF MARCELLINE MCCREA STRIPLING

COMES NOW, Claimant MARCELLINE MCCREA STRIPLING, by and through counsel, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, files this verified claim as follows:

On or about December 14, 2018, Plaintiff United States of America filed a verified complaint in the above-captioned matter against the Defendants *in rem* identified in the verified complaint.

Claimant is the owner of:[1]

  39. $49,606.76 seized from Betterment Bank Account #268011234824534;

---

[1] The number designations correspond to the property as numbered in the caption of the complaint.

1

40. Real Property Located at 445 Kendrick Terrace SW, Atlanta, GA 30331, Parcel ID 14F0075 LL0618, Fulton County, State of Georgia;

43. 2016 Nissan Rogue, VIN 5N1AT2MV9GC737702;

44. 2017 BMW 330i, VIN WBA8B9G36HNU56551;

45. 2014 Ford F150, VIN 1FTFW1CF7EKD13069;

I attest and declare under penalty of perjury that my claim to the Defendant Property is not frivolous and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

*Marcelline McCrea-Stripling*
MARCELLINE MCCREA-STRIPLING

Respectfully submitted on this the 2 day of April, 2019.

THE RICE LAW FIRM, LLC

*RtR*

RICHARD A. RICE, JR.
GA Bar No. 603203
richard.rice@trlfirm.com

10 Piedmont Center, Suite 110
3495 Piedmont Rd NE
Atlanta, GA 30305
404.835.0783
404.481.3057 (fax)

Counsel for Claimant

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed using the CM/ECF system, which will automatically send email notification of such filing to all counsel of the following attorneys of record.

This 2 day of April, 2019.

_RARL_
RICHARD A. RICE, JR.
Ga. Bar No. 603203