IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03208-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

29. $573,887.35 HELD IN JP MORGAN CHASE BANK ACCOUNT #281852795;
30. $331,298.08 HELD IN JP MORGAN CHASE BANK ACCOUNT
    #3663323286;
31. 2015 CADILLAC XTS, VIN 2G61L5S37F9244682;
32. 2003 CHEVROLET CORVETTE, VIN 1G1YY32G435115773

    Defendants,

Legacy Home Health Care,
Roland Vaughn,

    Claimants.

---

**CLAIMANTS LEGACY HOME HEALTH CARE'S AND ROLAND VAUGHN'S ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

---

The Claimants Legacy Home Health Care and Roland Vaughn ("Claimants"), by and through counsel, John Henry Schlie, hereby answer the Verified Complaint for Forfeiture *In Rem* ("Complaint") as follows:

    1. Paragraph 1 of the Complaint states the purported legal basis for the claims in the Complaint, to which no response is required. To the extent that any

response is required, the allegations contained in Paragraph 1 of the Complaint are denied.

2. Claimants admit that venue is proper in the United States District Court of the District of Colorado but deny the remaining allegations contained in Paragraph 2 of the Complaint.

3. Paragraph 3 and its subparagraphs of the Complaint describe the property purportedly subject to the claims in the Complaint, to which no response is required. To the extent that any response is required, the allegations contained in Paragraph 3 of the Complaint and its subparagraphs are denied.

4. Claimants admit that Joseph C. Prince ("Prince") was employed by the Department of Veterans Affairs (VA) but are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 4 of the Complaint and therefore deny them.

5. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint and therefore deny them.

6. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint and therefore deny them. The statute referenced speaks for itself.

7. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint and therefore deny them.

8. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint and therefore deny them.

9. Paragraph 9 of the Complaint contains a description of a federal regulation, which regulation speaks for itself. To the extent that any response is required, Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint and therefore deny them.

10. Paragraph 10 of the Complaint contains a description of a federal regulation, which regulation speaks for itself. To the extent that any response is required, Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint and therefore deny them.

11. Paragraph 11 of the Complaint contains a description of federal regulations, which regulations speak for themselves. To the extent that any response is required, Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint and therefore deny them.

12. Paragraph 12 of the Complaint contains a description of a federal policy manual, which policy manual speaks for itself. To the extent that any response is required, Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint and therefore deny them.

13. Paragraph 13 of the Complaint contains a description of federal regulations, which regulations speak for themselves. To the extent that any response is required,

Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint and therefore deny them.

14. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint and therefore deny them.

15. Paragraph 15 of the Complaint contains descriptions of federal regulations and a federal policy manual, which regulations and policy manual speak for themselves. To the extent that any response is required, Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint and therefore deny them.

16. Paragraph 16 of the Complaint contains descriptions of sections of a federal policy manual, which sections speak for themselves. To the extent that any response is required, Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint and therefore deny them.

17. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint and therefore deny them.

18. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint and therefore deny them.

19. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Complaint and therefore deny them.

20. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the Complaint and therefore deny them.

21. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint and therefore deny them.

22. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint and therefore deny them.

23. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint and therefore deny them.

24 - 31. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 24-31 of the Complaint and therefore deny them.

32 - 35. At this stage of the proceedings, Claimants assert their rights under the Fifth Amendment to the Constitution of the United States and decline to answer the allegations contained in Paragraphs 32 - 35 of the Complaint.

36 - 43.  Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 36 - 43 of the Complaint and therefore deny them.

44 - 45.  At this stage of the proceedings, Claimants assert their rights under the Fifth Amendment to the Constitution of the United States and decline to answer the allegations regarding them contained in Paragraphs 44 - 45 of the Complaint. Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraphs 44 - 45 of the Complaint and therefore deny them.

46.  At this stage of the proceedings, Claimants assert their rights under the Fifth Amendment to the Constitution of the United States and decline to answer the allegations contained in Paragraphs 46 of the Complaint.

47 - 48.  Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 47 - 48 of the Complaint and therefore deny them.

49.  At this stage of the proceedings, Claimants assert their rights under the Fifth Amendment to the Constitution of the United States and decline to answer the allegations contained in Paragraph 49 of the Complaint.

50.  Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of the Complaint and therefore deny them.

51. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of the Complaint and therefore deny them.

52. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Complaint and therefore deny them.

53. Paragraph 53 of the Complaint contains descriptions of federal regulations, which regulations speak for themselves. To the extent that any response is required, Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the Complaint and therefore deny them.

54. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint and therefore deny them.

55 - 59. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 55 - 59 of the Complaint and therefore deny them.

60. Paragraph 60 of the Complaint states legal conclusions to which no response is required. To the extent that any response is required, the allegations contained in Paragraph 60 of the Complaint are denied.

61. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 of the Complaint and therefore deny them.

62 - 68.  Paragraphs 62 - 68 of the Complaint refer to pleadings in ancillary matters, which pleadings speak for themselves.

69.  Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of the Complaint and therefore deny them.

70 - 132.  Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 70 - 132 of the Complaint and therefore deny them.

133.  At this stage of the proceedings, Claimants assert their rights under the Fifth Amendment to the Constitution of the United States and decline to answer the allegations regarding them contained in Paragraph 133 of the Complaint.  Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 133 of the Complaint and therefore deny them.

134 - 171.  Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 134 - 171 of the Complaint and therefore deny them.

172 - 183.  At this stage of the proceedings, Claimants assert their rights under the Fifth Amendment to the Constitution of the United States and decline to answer the allegations contained in Paragraphs 172 - 183 of the Complaint.

184 - 268. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 184 - 268 of the Complaint and therefore deny them.

FIRST THROUGH THE FORTY-FOURTH CLAIMS FOR RELIEF

233[1], 235, 237, 239, 241, 243, 245, 247, 249, 251, 253, 255, 257, 259, 261, 263, 265, 267, 269, 271, 273, 275, 277, 279, 281, 283, 285, 287, 289, 291, 293, 295, 297, 299, 301, 303, 305, 307, 309, 311, 313, 315, 317, and 319. Claimants incorporate their answers to Paragraphs 1 through 268 and each paragraph preceding the enumerated paragraph as though fully set forth herein.

234[2], 236, 238, 240, 242, 244, 246, 248, 250, 252, 254, 256, 258, 260, 262, 264, 266, 268, 270, 272, 274, 276, 278, 280, 282, 284, 286, 288, 290, 292, 294, 296, 298, 300, 302, 304, 306, 308, 310, 312, 314, 316, 318 and 320. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in these enumerated Paragraphs of the Complaint and therefore deny them.

FORTY-FIFTH CLAIM FOR RELIEF

321. Claimants incorporate their answers to Paragraphs 1 through 320 as though fully set forth herein.

---

[1] Paragraph numbers 233 through 268 are repeated in the Complaint. The references contained herein correspond to the numbered paragraphs on pages 80 - 84 of the Complaint.

[2] Paragraph numbers 233 through 268 are repeated in the Complaint. The references contained herein correspond to the numbered paragraphs on pages 80 - 84 of the Complaint.

322. Claimants deny the allegations contained in Paragraph 322 of the Complaint.

## FORTY-SIXTH CLAIM FOR RELIEF

323. Claimants incorporate their answers to Paragraphs 1 through 322 as though fully set forth herein.

324. Claimants deny the allegations contained in Paragraph 324 of the Complaint.

## FORTY-SEVENTH CLAIM FOR RELIEF

325. Claimants incorporate their answers to Paragraphs 1 through 324 as though fully set forth herein.

326. Claimants deny the allegations contained in Paragraph 326 of the Complaint.

## FORTY-EIGHTH CLAIM FOR RELIEF

327. Claimants incorporate their answers to Paragraphs 1 through 326 as though fully set forth herein.

328. Claimants deny the allegations contained in Paragraph 328 of the Complaint.

## FORTY-NINTH CLAIM FOR RELIEF

329. Claimants incorporate their answers to Paragraphs 1 through 328 as though fully set forth herein.

330. Claimants deny the allegations contained in Paragraph 330 of the Complaint.

FIFTIETH CLAIM FOR RELIEF

331. Claimants incorporate their answers to Paragraphs 1 through 330 as though fully set forth herein.

332. Claimants deny the allegations contained in Paragraph 332 of the Complaint.

FIFTY-FIRST CLAIM FOR RELIEF

333. Claimants incorporate their answers to Paragraphs 1 through 332 as though fully set forth herein.

334. Claimants deny the allegations contained in Paragraph 334 of the Complaint.

FIFTY-SECOND CLAIM FOR RELIEF

335. Claimants incorporate their answers to Paragraphs 1 through 334 as though fully set forth herein.

336. Claimants deny the allegations contained in Paragraph 336 of the Complaint.

FIFTY-THIRD THROUGH THE ONE HUNDRED AND ELEVENTH CLAIMS FOR RELIEF

337, 339, 341, 343, 345, 347, 349, 351, 353, 355, 357, 359, 361, 363, 365, 367, 369, 371, 373, 375, 377, 379, 381, 383. 385, 387, 389, 391, 393, 395, 397, 399, 401, 403, 405, 407, 409, 411, 413, 415, 417, 419, 421, 423, 425, 427, 429, 431, 433, 435, 437, 439, 441, 443, 445, 447, 449, 451 and 453.   Claimants incorporate their

answers to Paragraphs 1 through 268 and each paragraph preceding the enumerated paragraph as though fully set forth herein.

338, 340, 342, 344, 346, 248, 350, 352, 354, 356, 358, 360, 362, 364, 366, 368, 370, 372, 374, 376, 378, 380, 382, 384, 386, 388, 390, 392, 394, 396, 398, 400, 402, 404, 406, 408, 410, 412, 414, 416, 418, 420, 422, 424, 426, 428, 430, 432, 434, 436, 438, 440, 442, 444, 446, 448, 450, 452 and 454. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in these enumerated Paragraphs of the Complaint and therefore deny them.

ONE HUNDRED AND TWELFTH CLAIM FOR RELIEF

455. Claimants incorporate their answers to Paragraphs 1 through 454 as though fully set forth herein. Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 455 of the Complaint and therefore deny them.

ONE HUNDRED AND THIRTEENTH THROUGH THE ONE HUNDRED AND EIGHTEENTH CLAIMS FOR RELIEF

456, 458, 460, 462, 464 and 466. Claimants incorporate their answers to Paragraphs 1 through 268 and each paragraph preceding the enumerated paragraph as though fully set forth herein.

457, 459, 461, 463, 465 and 467. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in these enumerated Paragraphs of the Complaint and therefore deny them.

468. Any and all allegations not specifically admitted herein are denied.

## AFFIRMATIVE DEFENSES

1. The relief requested violates the Eighth Amendment to the Constitution of the United States.

2. Claimants are innocent owners.

CLAIMANTS DEMAND A JURY TRIAL ON ALL TRIABLE ISSUES

WHEREFORE, Claimants pray that this Court enter judgment in favor of Claimants, for attorney's fees and costs in defending this action and for such other and further relief as the Court may deem to be just and appropriate in the premises.

Respectfully submitted this 30th day of April 2019.

> s/ John Henry Schlie
> **John Henry Schlie**
> John Henry Schlie, P.C.
> 5105 DTC Parkway, Suite 475
> Greenwood Village, Colorado 80111
> Telephone: (303) 830-0500
> FAX: (303) 860-7855
> E-mail: johnhenry@schlielawfirm.com
> ATTORNEY FOR CLAIMANTS
> LEGACY HOME HEALTH CARE AND
> ROLAND VAUGHN

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2019, I electronically filed the foregoing **CLAIMANTS LEGACY HOME HEALTH CARE'S AND ROLAND VAUGHN'S ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorney Tonya S. Andrews

tonya.andrews@usdoj.gov

Douglas I. Richards, Esq.
doug@richardscarrington.com

Nathan D. Chambers, Esq.
nchambers@nathanchamberslaw.com

Temitayo O. Okunade, Esq.
tayo@okunadellp.com

Richard A. Rice, Esq.
richard.rice@trlfirm.com

        <u>s/ John Henry Schlie</u>
        John Henry Schlie, P.C.
        5105 DTC Parkway, Suite 475
        Greenwood Village, Colorado 80111
        Telephone: (303) 830-0500
        FAX: (303) 860-7855
        E-mail: johnhenry@schlielawfirm.com
        ATTORNEY FOR CLAIMANTS
        LEGACY HOME HEALTH CARE AND
        ROLAND VAUGHN