**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-CV-03208-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$68,145.34 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #599362910, et al.,

      Defendants.

---

**CLAIMANTS GENESIS HOME HEALTH AGENCY, LLC'S AND ANDREW SSEKAJJA'S ANSWER TO THE VERIFIED COMPLAINT FOR FORFEITURE *IN REM* AND JURY DEMAND**

---

Pursuant to Rule G of the Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims, Claimants Genesis Home Health Agency, LLC ("Genesis") and Andrew Ssekajja ("Ssekajja") (collectively "Claimants"), through undersigned counsel, hereby submit the following Answer to the Verified Complaint for Forfeiture *in Rem* (the "Complaint") filed by the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews (hereinafter "Plaintiff"), and respond to the numbered paragraphs as follows:

**<u>JURISDICTION AND VENUE</u>**

1.       Claimants admit that Plaintiff commenced this action under the civil forfeiture provisions of 18 U.S.C. §§ 981(a)(1)(A) and (C), 18 U.S.C. §§ 984 and 985 and that

Plaintiff purports to seek forfeiture of Claimants' properties pursuant to 18 U.S.C. §§ 201, 208, 666, 1343, 1956, 1957 and 1347, and 42 U.S.C. § 1320a-7b(b). Claimants deny all remaining allegations contained in paragraph 1 of the Complaint, and specifically denies any violation of the referenced statutory provisions.

2.     Claimants admit the allegation in paragraph 2.

## DEFENDANT PROPERTIES

3.     Paragraph 3 of the Complaint does not contain allegations against Claimants for which a response is required. To the extent a response is required, the answers set forth in the forgoing paragraphs 3.a. – 3.ggg. are incorporated by reference into Claimants' Answer and any remaining allegations are denied for lack of information or belief:

a. – w.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 3.a. – 3.w. and, therefore, deny the same.

x.     Claimants admit only that one of the defendant properties is $25,714.83 seized from Bellco Credit Union Account held in the name of Genesis. Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 3.x. and, therefore, deny the same.

y.     Claimants admit only that one of the defendant properties is $347.59 seized from Bellco Credit Union Account. Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 3.y. and, therefore, deny the same.

z.     Claimants admit only that one of the defendant properties is $1,513,635.01 seized from Bellco Credit Union Account. Claimants are without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations in paragraph 3.z. and, therefore, deny the same.

aa.        Claimants admit only that one of the defendant properties is $25,934.80 seized from Bellco Credit Union Account held in the name of Ssekajja. Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 3.aa. and, therefore, deny the same.

bb.        Claimants admit only that one of the defendant properties is 2018 Honda CR-V, VIN 7FARW2H91JE026845 ("Honda CR-V") seized on June 22, 2018 from Ssekajja. Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 3.bb. and, therefore, deny the same.

cc. – ggg.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 3.cc. – 3.ggg. and, therefore, deny the same.

4.        Claimants admit only that they were aware that Joseph C. Prince was employed by the Department of Veterans Affairs (VA). Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 4 and, therefore, deny the same.

5.        Claimants admit only that they were aware that Joseph C. Prince was employed by the Department of Veterans Affairs and that Mr. Prince served in the U.S. Army. Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 5 and, therefore, deny the same.

6.　　　　Claimants admit only that they had independent knowledge of the VA's Spina Bifida Health Care Benefits Program and benefits. Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 6 and, therefore, deny the same.

7. – 10.　　　Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 7 – 10 and, therefore, deny the same.

11. – 13.　　　The allegations contained in paragraphs 11 - 13 state a legal conclusion for which no answer is required. If an answer is deemed to be required from Claimants, Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 11 – 13 and, therefore, deny the same.

14.　　　　Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 and, therefore, deny the same.

15.　　　　The allegations contained in paragraph 15 state a legal conclusion for which no answer is required. If an answer is deemed to be required from Claimants, Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 and, therefore, deny the same.

16. – 27.　　　Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 16 – 27 (including any subparts) and, therefore, deny the same.

28.　　　　Claimants admit the allegations in paragraph 28.

29. – 35.    Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 29 – 35 (including any subparts) and, therefore, deny the same.

37.    Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 and, therefore, deny the same.[1]

37.    Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 and, therefore, deny the same.

38. – 43.    Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 – 43 (including any subparts) and, therefore, deny the same.

44.    Claimants deny the allegations related to Genesis in paragraph 44. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations related to Advantage, Regional, Legacy and Gracewood, contained in paragraph 44 and, therefore, deny the same.

45.    Claimants deny the allegations related to Genesis in paragraph 45. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations related to any other agencies, referenced in paragraph 45 and, therefore, deny the same.

a. – g.    Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 45.a. – 45.g. and, therefore, deny the same.

---

[1] The Complaint does not include a paragraph numbered "36." However, the Complaint contains two paragraphs numbered "37."

h.             In response to paragraph 45.h. of the Complaint, Claimants state that the check speaks for itself, and Claimants deny and all allegations contained in paragraph 45.h. which are not expressly admitted herein.

i.             In response to paragraph 45.i. of the Complaint, Claimants state that the check speaks for itself, and Claimants deny and all allegations contained in paragraph 45.i. which are not expressly admitted herein.

46. – 52.    Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 46 – 52 (including any subparts) and, therefore, deny the same.

53.          The allegations contained in paragraph 53 state a legal conclusion for which no answer is required.  If an answer is deemed to be required from Claimants, Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 and, therefore, deny the same.

54. – 59.    Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 54 - 59 (including any subparts) and, therefore, deny the same.

60.          The allegations contained in paragraph 60 state a legal conclusion for which no answer is required.  If an answer is deemed to be required from Claimants, Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 and, therefore, deny the same.

61. – 155.   Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 61 – 155 and, therefore, deny the same.

156.     Claimants admit the allegations in paragraph 156.

157.     Claimants admit only that certain transfers and deposits were made from the Genesis Bellco account #9741. Claimants are without knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 157 and, therefore, deny the same.

158.     Claimants admit only that certain transfers and deposits were made from the Genesis Bellco account #9741 and that funds in the Genesis Bellco account #9741 were used to pay the Internal Revenue Service, caregivers of Genesis, and the Colorado Department of Revenue. Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158 and, therefore, deny the same.

159.     Claimants admit only that one of the defendant properties is $25,714.83 seized from Bellco Credit Union Account #9741 held in name of Genesis. Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 159 and, therefore, deny the same.

160.     Claimants admit the allegations in paragraph 160.

161.     Claimants admit only that certain transfers between accounts were made to and from funds in the Ssekajja Bellco account #9989. Claimants are without knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 161 and, therefore, deny the same.

162.     Claimants admit only that certain withdrawals were made out of the Ssekajja Bellco account #9989 and that funds in the Ssekajja Bellco account #9989 were used for student loan payments and a car purchase. Claimants are without knowledge or information

sufficient to form a belief as to the truth of the allegations in paragraph 162 and, therefore, deny the same.

163.            Claimants admit only that one of the defendant properties is $347.59 seized from Bellco Credit Union Account #9989 held in name of Ssekajja.  Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 163 and, therefore, deny the same.

164.            Claimants admit the allegations in paragraph 164.

165.            Claimants admit only that certain transfers were made to the Genesis Bellco account #5444.  Claimants are without knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 165 and, therefore, deny the same.

166.            Claimants admit only that one of the defendant properties is $1,513,635.01 seized from Bellco Credit Union Account #5444 held in name of Genesis.  Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 166 and, therefore, deny the same.

167.            Claimants admit the allegations in paragraph 167.

168.            Claimants admit only that certain transfers and deposits were made from the Ssekajja Bellco account #3187.  Claimants are without knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 168 and, therefore, deny the same.

169.            Claimants admit only that one of the defendant properties is $347.59 seized from Bellco Credit Union Account #3187 held in name of Ssekajja.  Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 169 and, therefore, deny the same.

170.     Claimants admit the allegations in paragraph 170.

171.     Claimants admit only that certain purchases were made from the Ssekajja Bellco account #9989.  Claimants are without knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 171 and, therefore, deny the same.

172. – 268.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 172 – 268 and, therefore, deny the same.

### FIRST CLAIM FOR RELIEF

233.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above. [2]

234.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 234 and, therefore, deny the same.

### SECOND CLAIM FOR RELIEF

235.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

236.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 236 and, therefore, deny the same.

### THIRD CLAIM FOR RELIEF

237.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

---

[2] Paragraphs numbered 233 through 268 are duplicative in the Complaint.  The references contained herein correspond to the duplicative numbering in the Complaint.

238.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 238 and, therefore, deny the same.

## FOURTH CLAIM FOR RELIEF

239.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

240.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 240 and, therefore, deny the same.

## FIFTH CLAIM FOR RELIEF

241.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

242.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 242 and, therefore, deny the same.

## SIXTH CLAIM FOR RELIEF

243.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

244.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 244 and, therefore, deny the same.

## SEVENTH CLAIM FOR RELIEF

245.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

246.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 246 and, therefore, deny the same.

## EIGHTH CLAIM FOR RELIEF

247.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

248.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 248 and, therefore, deny the same.

## NINTH CLAIM FOR RELIEF

249.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

250.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 250 and, therefore, deny the same.

## TENTH CLAIM FOR RELIEF

251.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

252.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 252 and, therefore, deny the same.

## ELEVENTH CLAIM FOR RELIEF

253.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

254.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 254 and, therefore, deny the same.

## TWELFTH CLAIM FOR RELIEF

255.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

256.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 256 and, therefore, deny the same.

## THIRTEENTH CLAIM FOR RELIEF

257.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

258.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 258 and, therefore, deny the same.

## FOURTEENTH CLAIM FOR RELIEF

259.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

260.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 260 and, therefore, deny the same.

## FIFTEENTH CLAIM FOR RELIEF

261.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

262.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 262 and, therefore, deny the same.

## SIXTEENTH CLAIM FOR RELIEF

263.          Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

264.          Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 264 and, therefore, deny the same.

## SEVENTEENTH CLAIM FOR RELIEF

265.          Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

266.          Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 266 and, therefore, deny the same.

## EIGHTEENTH CLAIM FOR RELIEF

267.          Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

268.          Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 268 and, therefore, deny the same.

## NINETEENTH CLAIM FOR RELIEF

269.          Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

270.          Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 270 and, therefore, deny the same.

## TWENTIETH CLAIM FOR RELIEF

271.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

272.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 272 and, therefore, deny the same.

## TWENTY-FIRST CLAIM FOR RELIEF

273.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

274.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 274 and, therefore, deny the same.

## TWENTY-SECOND CLAIM FOR RELIEF

275.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

276.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 276 and, therefore, deny the same.

## TWENTY-THIRD CLAIM FOR RELIEF

277.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

278.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 278 and, therefore, deny the same.

## TWENTY-FOURTH CLAIM FOR RELIEF

279.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

280.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 280 and, therefore, deny the same.

## TWENTY-FIFTH CLAIM FOR RELIEF

281.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

282.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 282 and, therefore, deny the same.

## TWENTY-SIXTH CLAIM FOR RELIEF

283.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

284.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 284 and, therefore, deny the same.

## TWENTY-SEVENTH CLAIM FOR RELIEF

285.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

286.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 286 and, therefore, deny the same.

## TWENTY-EIGHTH CLAIM FOR RELIEF

287.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

288.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 288 and, therefore, deny the same.

## TWENTY-NINTH CLAIM FOR RELIEF

289.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

290.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 290 and, therefore, deny the same.

## THIRTIETH CLAIM FOR RELIEF

291.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

292.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 292 and, therefore, deny the same.

## THIRTY-FIRST CLAIM FOR RELIEF

293.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

294.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 294 and, therefore, deny the same.

## THIRTY-SECOND CLAIM FOR RELIEF

295.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

296.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 296 and, therefore, deny the same.

## THIRTY-THIRD CLAIM FOR RELIEF

297.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

298.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 298 and, therefore, deny the same.

## THIRTY-FOURTH CLAIM FOR RELIEF

299.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

300.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 300 and, therefore, deny the same.

## THIRTY-FIFTH CLAIM FOR RELIEF

301.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

302.     Claimants deny the allegations in paragraph 302.

## THIRTY-SIXTH CLAIM FOR RELIEF

303.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

304.     Claimants deny the allegations in paragraph 304.

## THIRTY-SEVENTH CLAIM FOR RELIEF

305.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

306.     Claimants deny the allegations in paragraph 306.

## THIRTY-EIGHTH CLAIM FOR RELIEF

307.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

308.     Claimants deny the allegations in paragraph 308.

## THIRTY-NINTH CLAIM FOR RELIEF

309.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

310.     Claimants deny the allegations in paragraph 310.

## FORTIETH CLAIM FOR RELIEF

311.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

312.     Claimants deny the allegations in paragraph 312.

## FORTY-FIRST CLAIM FOR RELIEF

313.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

314.     Claimants deny the allegations in paragraph 314.

## FORTY-SECOND CLAIM FOR RELIEF

315.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

316.     Claimants deny the allegations in paragraph 316.

## FORTY-THIRD CLAIM FOR RELIEF

317.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

318.     Claimants deny the allegations in paragraph 318.

## FORTY-FOURTH CLAIM FOR RELIEF

319.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

320.     Claimants deny the allegations in paragraph 320.

## FORTY-FIFTH CLAIM FOR RELIEF

321.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

322.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 322 and, therefore, deny the same.

## FORTY-SIXTH CLAIM FOR RELIEF

323.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

324.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 324 and, therefore, deny the same.

## FORTY-SEVENTH CLAIM FOR RELIEF

325.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

326.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 326 and, therefore, deny the same.

## FORTY-EIGHTH CLAIM FOR RELIEF

327.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

328.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 328 and, therefore, deny the same.

## FORTY-NINTH CLAIM FOR RELIEF

329.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

330.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 330 and, therefore, deny the same.

## FIFTIETH CLAIM FOR RELIEF

331.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

332.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 332 and, therefore, deny the same.

## FIFTY-FIRST CLAIM FOR RELIEF

333.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

334.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 334 and, therefore, deny the same.

## FIFTY-SECOND CLAIM FOR RELIEF

335.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

336.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 336 and, therefore, deny the same.

## FIFTY-THIRD CLAIM FOR RELIEF

337.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

338.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 338 and, therefore, deny the same.

## FIFTY-FOURTH CLAIM FOR RELIEF

339.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

340.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 340 and, therefore, deny the same.

## FIFTY-FIFTH CLAIM FOR RELIEF

341.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

342.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 342 and, therefore, deny the same.

## FIFTY-SIXTH CLAIM FOR RELIEF

343.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

344.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 344 and, therefore, deny the same.

## FIFTY-SEVENTH CLAIM FOR RELIEF

345.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

346.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 346 and, therefore, deny the same.

## FIFTY-EIGHTH CLAIM FOR RELIEF

347.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

348.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 348 and, therefore, deny the same.

## FIFTY-NINTH CLAIM FOR RELIEF

349.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

350.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 350 and, therefore, deny the same.

## SIXTIETH CLAIM FOR RELIEF

351.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

352.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 352 and, therefore, deny the same.

## SIXTY-FIRST CLAIM FOR RELIEF

353.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

354.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 354 and, therefore, deny the same.

## SIXTY-SECOND CLAIM FOR RELIEF

355.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

356.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 356 and, therefore, deny the same.

## SIXTY-THIRD CLAIM FOR RELIEF

357.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

358.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 358 and, therefore, deny the same.

## SIXTY-FOURTH CLAIM FOR RELIEF

359.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

360.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 360 and, therefore, deny the same.

## SIXTY-FIFTH CLAIM FOR RELIEF

361.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

362.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 362 and, therefore, deny the same.

## SIXTY-SIXTH CLAIM FOR RELIEF

363.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

364.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 364 and, therefore, deny the same.

## SIXTY-SEVENTH CLAIM FOR RELIEF

365.          Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

366.          Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 366 and, therefore, deny the same.

## SIXTY-EIGHTH CLAIM FOR RELIEF

367.          Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

368.          Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 368 and, therefore, deny the same.

## SIXTY-NINTH CLAIM FOR RELIEF

369.          Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

370.          Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 370 and, therefore, deny the same.

## SEVENTIETH CLAIM FOR RELIEF

371.          Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

372.          Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 372 and, therefore, deny the same.

## SEVENTY-FIRST CLAIM FOR RELIEF

373.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

374.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 374 and, therefore, deny the same.

## SEVENTY-SECOND CLAIM FOR RELIEF

375.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

376.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 376 and, therefore, deny the same.

## SEVENTY-THIRD CLAIM FOR RELIEF

377.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

378.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 378 and, therefore, deny the same.

## SEVENTY-FOURTH CLAIM FOR RELIEF

379.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

380.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 380 and, therefore, deny the same.

## SEVENTY-FIFTH CLAIM FOR RELIEF

381.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

382.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 382 and, therefore, deny the same.

## SEVENTY-SIXTH CLAIM FOR RELIEF

383.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

384.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 384 and, therefore, deny the same.

## SEVENTY-SEVENTH CLAIM FOR RELIEF

385.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

386.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 386 and, therefore, deny the same.

## SEVENTY-EIGHTH CLAIM FOR RELIEF

387.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

388.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 388 and, therefore, deny the same.

## SEVENTY-NINTH CLAIM FOR RELIEF

389.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

390.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 390 and, therefore, deny the same.

## EIGHTIETH CLAIM FOR RELIEF

391.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

392.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 392 and, therefore, deny the same.

## EIGHTY-FIRST CLAIM FOR RELIEF

393.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

394.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 394 and, therefore, deny the same.

## EIGHTY-SECOND CLAIM FOR RELIEF

395.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

396.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 396 and, therefore, deny the same.

## EIGHTY-THIRD CLAIM FOR RELIEF

397.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

398.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 398 and, therefore, deny the same.

## EIGHTY-FOURTH CLAIM FOR RELIEF

399.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

400.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 400 and, therefore, deny the same.

## EIGHTY-FIFTH CLAIM FOR RELIEF

401.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

402.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 402 and, therefore, deny the same.

## EIGHTY-SIXTH CLAIM FOR RELIEF

403.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

404.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 404 and, therefore, deny the same.

## EIGHTY-SEVENTH CLAIM FOR RELIEF

405.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

406.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 406 and, therefore, deny the same.

## EIGHTY-EIGHTH CLAIM FOR RELIEF

407.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

408.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 408 and, therefore, deny the same.

## EIGHTY-NINTH CLAIM FOR RELIEF

409.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

410.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 410 and, therefore, deny the same.

## NINETIETH CLAIM FOR RELIEF

411.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

412.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 412 and, therefore, deny the same.

## NINETY-FIRST CLAIM FOR RELIEF

413.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

414.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 414 and, therefore, deny the same.

## NINETY-SECOND CLAIM FOR RELIEF

415.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

416.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 416 and, therefore, deny the same.

## NINETY-THIRD CLAIM FOR RELIEF

417.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

418.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 418 and, therefore, deny the same.

## NINETY-FOURTH CLAIM FOR RELIEF

419.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

420.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 420 and, therefore, deny the same.

## NINETY-FIFTH CLAIM FOR RELIEF

421.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

422.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 422 and, therefore, deny the same.

## NINETY-SIXTH CLAIM FOR RELIEF

423.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

424.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 424 and, therefore, deny the same.

## NINETY-SEVENTH CLAIM FOR RELIEF

425.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

426.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 426 and, therefore, deny the same.

## NINETY-EIGHTH CLAIM FOR RELIEF

427.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

428.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 428 and, therefore, deny the same.

## NINETY-NINTH CLAIM FOR RELIEF

429.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

430.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 430 and, therefore, deny the same.

## ONE-HUNDREDTH CLAIM FOR RELIEF

431.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

432.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 432 and, therefore, deny the same.

## ONE HUNDRED AND FIRST CLAIM FOR RELIEF

433.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

434.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 434 and, therefore, deny the same.

## ONE HUNDRED AND SECOND CLAIM FOR RELIEF

435.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

436.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 436 and, therefore, deny the same.

## ONE HUNDRED AND THIRD CLAIM FOR RELIEF

437.	Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

438.	Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 438 and, therefore, deny the same.

## ONE HUNDRED AND FOURTH CLAIM FOR RELIEF

439.	Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

440.	Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 440 and, therefore, deny the same.

## ONE HUNDRED AND FIFTH CLAIM FOR RELIEF

441.	Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

442.	Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 442 and, therefore, deny the same.

## ONE HUNDRED AND SIXTH CLAIM FOR RELIEF

443.	Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

444.	Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 444 and, therefore, deny the same.

## ONE HUNDRED AND SEVENTH CLAIM FOR RELIEF

445.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

446.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 446 and, therefore, deny the same.

## ONE HUNDRED AND EIGHTH CLAIM FOR RELIEF

447.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

448.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 448 and, therefore, deny the same.

## ONE HUNDRED AND NINTH CLAIM FOR RELIEF

449.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

450.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 450 and, therefore, deny the same.

## ONE HUNDRED AND TENTH CLAIM FOR RELIEF

451.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

452.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 452 and, therefore, deny the same.

<u>ONE HUNDRED AND ELEVENTH CLAIM FOR RELIEF</u>

453.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

454.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 454 and, therefore, deny the same.

<u>ONE HUNDRED AND TWELFTH CLAIM FOR RELIEF</u>

455.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above. Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 455 and, therefore, deny the same.

<u>ONE HUNDRED AND THIRTEENTH CLAIM FOR RELIEF</u>

456.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

457.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 457 and, therefore, deny the same.

<u>ONE HUNDRED AND FOURTEENTH CLAIM FOR RELIEF</u>

458.        Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

459.        Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 459 and, therefore, deny the same.

## ONE HUNDRED AND FIFTEENTH CLAIM FOR RELIEF

460.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

461.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 461 and, therefore, deny the same.

## ONE HUNDRED AND SIXTEENTH CLAIM FOR RELIEF

462.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

463.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 463 and, therefore, deny the same.

## ONE HUNDRED AND SEVENTH CLAIM FOR RELIEF

464.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

465.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 465 and, therefore, deny the same.

## ONE HUNDRED AND EIGHTEENTH CLAIM FOR RELIEF

466.     Claimants admit and deny the allegations in the foregoing paragraphs of the Complaint as set forth above.

467.     Claimants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 467 and, therefore, deny the same.

WHEREFORE, Claimants deny each and every allegation contained in the Complaint which is not specifically admitted. Claimants deny that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE AND OTHER DEFENSES

1.      The Complaint fails to state a claim against defendant properties held in the name of, or seized from, Claimants, upon which relief may be granted.

2.      The forfeiture of Claimants' interests in the defendant properties constitutes excessive fines in violation of the Eighth Amendment to the Constitution of the United States.

3.      Defendant properties held in the name of, or seized from, Claimants are not subject to forfeiture because the properties seized were not involved in violations under 18 U.S.C. §§ 201, 208, 666, 1343, 1956, 1957 and 1347, and 42 U.S.C. § 1320a-7b(b).

4.      As to the Honda CR-V seized from Claimant Ssekajja, the vehicle, in whole or in part, was acquired through lawful means with funds from Claimant Ssekajja's legitimate employment as a pharmacist. The payment, insurance and operational expenses of the vehicle were made with lawfully earned money and, therefore, the vehicle is not subject to forfeiture.

5.      Claimants are innocent owners pursuant to 18 U.S.C. § 983.

6.      The Complaint, and each and every alleged cause of action contained therein, is barred by the doctrine of res judicata.

7.      The Complaint, and each and every alleged cause of action contained therein, is barred by the doctrine of collateral estoppel.

8.     Claimants reserve the right to assert other defenses as they become apparent or available as discovery progresses, and to amend this Answer accordingly.  No defense is being knowingly or intentionally waived.

WHEREFORE, Claimants request that this Court enter an order dismissing the Complaint with prejudice and award claimants their costs, expenses and reasonable attorney's fees and costs, and such other relief as this Court deems just and equitable.

CLAIMANTS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.


Dated this 7th day of May, 2019.

Respectfully submitted,

*s/ Temitayo O. Okunade*
**Temitayo "Tayo" O. Okunade**
Okunade, LLP
10200 E. Girard Avenue
Suite C246
Denver, Colorado 80231
Telephone: (303) 440-7855
Facsimile: (303) 416-8800
E-mail: tayo@okunadellp.com
*Attorney for Claimants Genesis Home Health*
*Agency, LLC and Andrew Ssekajja*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 7th day of May, 2019, I electronically filed the foregoing **CLAIMANTS GENESIS HOME HEALTH AGENCY, LLC'S AND ANDREW SSEKAJJA'S ANSWER TO THE VERIFIED COMPLAINT FOR FORFEITURE *IN REM* AND JURY DEMAND** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Tonya S. Andrews**
Assistant United States Attorney
United States Attorney's Office – Denver
1801 California Street, Suite 1600
Denver, CO 80202
Phone: 303-454-0100
Fax: 303-454-0402
Email: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*

**Douglas I. Richards**
Richards Carrington, LLC
1700 Lincoln Street, Suite 3400
Denver, CO 80203
Phone: 303-962-2690
Fax: 303-962-2691
Email: doug@richardscarrington.com
*Attorney for Claimants Joseph Prince and Flavia Prince*

**John H. Schlie**
John Henry Schlie, P.C.
5105 DTC Parkway, Suite 475
Greenwood Village, Colorado 80111
Phone: (303) 830-0500
Fax: (303) 860-7855
E-mail: johnhenry@schlielawfirm.com
*Attorney for Claimants Legacy Home Health Care and Roland Vaughn*

**Nathan D. Chambers**
Nathan D. Chambers LLC
303 16th Street, Suite 200
Denver, CO 80202
Phone: (303) 825-2222
Fax: (303) 825-4010
E-Mail: nchambers@nathanchamberslaw.com
*Attorney for Claimant Glenn Beach*

**Richard A. Rice, Jr.**
Rice Law Firm LLC
3495 Piedmont Road NE
Building 10, Suite 110
Atlanta, GA 30305
Phone: (404) 835-0783
Fax: (404) 481-3057 (fax)
E-Mail: richard.rice@trlfirm.com
*Attorney for Claimants Regional Home Health Care Systems LLC, Regional Home Health Care Systems East LLC, Regional Home Health Care Systems North LLC, Intercoastal Land Acquisition and Development LLC, Rams and Associates LLC, Khadijah McCrea, Khandice Nichole Smith, Marcelline McCrea Stripling, and Ronnie Stripling*

*s/ Jenny Benedict*
Jenny Benedict, Paralegal
Okunade, LLP