**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLODRADO**

Civil Action No. 18-cv-03208-KLM

UNITED STATES OF AMERICA,
    Plaintiff,

v.

1. $68,145.34 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #599362910;
2. $1,285,623.35 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #599517901;
3. $10,008.31 HELD IN BELLCO CREDIT UNION ACCOUNT #599965977;
4. $10,008.30 HELD IN BELLCO CREDIT UNION ACCOUNT #599965928;
5. $210,064.42 HELD IN JP MORGAN CHASE BANK ACCOUNT #635479809;
6. $45,144.07 HELD IN JACKSON NATIONAL LIFE INSURANCE ACCOUNT #1020952900;
7. $45,279.02 HELD IN JACKSON NATIONAL LIFE INSURANCE ACCOUNT #1020964665;
8. $42,351.34 HELD IN AMERICAN FUNDS BANK ACCOUNT #4000751438;
9. $55,889.35 HELD IN LEGG MASON BANK ACCOUNT #5000135287;
10. $55,715.15 HELD IN LEGG MASON BANK ACCOUNT #5000135286;
11. $45,387.81 HELD IN ALLIANZ BANK ACCOUNT #AV001069790;
12. $45,602.18 HELD IN ALLIANZ BANK ACCOUNT #AV001072172;
13. $2,110.72 HELD IN ACADEMY BANK ACCOUNT #9200701088;
14. $2,467.83 HELD IN ACADEMY BANK ACCOUNT #9300587245;
15. 2011 TOYOTA SIENNA XLE, VIN 5TDYK3DC2BS037859;
16. $263,262.00 SEIZED FROM JP MORGAN CHASE BANK ACCOUNT #936007280 ON JUNE 25, 2018;
17. $88,737.41 HELD IN JACKSON NATIONAL LIFE IRA ACCOUNT #1020955836;
18. ALL FUNDS HELD IN JP MORGAN CHASE ACCOUNT #936007280;
19. ALL FUNDS HELD IN JP MORGAN CHASE ACCOUNT #3636820079;
20. ALL FUNDS HELD IN JP MORGAN CHASE ACCOUNT #591953596;
21. ALL FUNDS HELD IN JP MORGAN CHASE ACCOUNT #634799504;
22. REAL PROPERTY LOCATED AT 5877 S. DUQUESNE COURT, AURORA, COLORADO;
23. ALL FUNDS HELD IN BETTERMENT WEALTH BUILDER ACCOUNT #268011226640922;
24. $25,714.83 HELD IN BELCOO CREDIT UNION BANK ACCOUNT #598869741;
25. $347.59 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #587239989;
26. $1,513,635.01 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #559985444;
27. $25,934.80 HELD IN BELLCO CREDIT UNION BANK ACCOUNT #588743187;
28. 2018 HONDA CR-V, VIN 7FARW2H91JE026845;
29. $573,887.35 HELD IN JP MORGAN CHASE BANK ACCOUNT #281852795;
30. $331,298.08 HELD IN JP MORGAN CHASE BANK ACCOUNT #3663323286;
31. 2015 CADILLAC XTS, VIN 2G61L5S37F9244682;
32. 2003 CHEVROLET CORVETTE, VIN 1G1YY32G435115773;

33. $206,575.57 HELD IN BANK OF AMERICA ACCOUNT #334055019012;
34. $1,491,2004.76 HELD IN BANK OF AMERICA ACCOUNT #224056082506;
35. $69,539.19 HELD IN BANK OF AMERICA ACCOUNT #334055767354;
36. ALL FUNDS HELD IN BANK OF AMERICA ACCOUNT #334056613532;
37. ALL FUNDS HELD IN BANK OF AMERICA ACCOUNT #334047935713;
38. ALL FUNDS HELD IN BANK OF AMERICA ACCOUNT #334047935705;
39. $49,606.76 HELD IN BETTERMENT BANK ACCOUNT #268011234824534;
40. REAL PROPERTY LOCATED AT 445 KENDRICK TERRACE SW, ATLANTA, GEORGIA;
41. $919.18 HELD IN BANK OF AMERICA ACCOUNT #898086427686;
42. REAL PROPERTY LOCATED AT 7207 DEMETER DRIVE, ATLANTA, GEORGIA;
43. 2016 NISSAN ROGUE, VIN 5N1AT2MV9GC737702;
44. 2017 BMW 330i, VIN WBA8B9G36HNU56551;
45. 2014 FORD F150, VIN 1FTFW1CF7EKD13069;
46. $7,770.76 HELD IN REGIONS BANK ACCOUNT #0246222464;
47. $116,259.31 HELD IN BANK OF AMERICA ACCOUNT #334056385560;
48. $99,853.91 HELD IN BANK OF AMERICA ACCOUNT #334056385727;
49. $33,446.88 HELD IN BANK OF AMERICA ACCOUNT #334056385644;
50. $695,774.00 HELD IN REGIONS BACK ACCOUNT #250240609;
51. REAL PROPERTY LOCATED AT 4236 PEPPERDINE DRIVE, DECATUR, GEORGIA;
52. 2007 TRANSCRAFT CORP FLATBED TRAILER 53X102, VIN 1TTE4820871082302;
53. $259.51 HELD IN PUBLIC SERVICE CREDIT UNION BANK ACCOUNT #9100701809;
54. $2,293.61 HELD IN PUBLIC SERVICE CREDIT UNION BANK ACCOUNT #9000701809;
55. $123,563.08 HELD IN GUARANTY BANK ACCOUNT #4000825684;
56. $189,862.19 HELD IN GUARANTY BANK ACCOUNT #4000824577;
57. $99,931.11 HELD IN GUARANTY BANK ACCOUNT #4000825668;
58. $6,392.44 HELD IN BETTERMENT BANK ACCOUNT #268011234296345; AND
59. $4,627.11 HELD IN USAA BANK ACCOUNT #202360792;

Defendants.

## CLAIMANT JOSEPH PRINCE'S SECOND STATUS REPORT

Claimant Joseph Prince, through counsel, and pursuant to the Court's April 26, 2019 Order [#43], respectfully submits his Second Status Report as follows:

1. Mr. Prince remains under a criminal indictment in a related criminal case pending in the United States District Court for the District of Colorado, Case No. 18-cr-00300-MSK (the "Criminal Proceeding").

2. The Criminal Proceeding is currently set for an 8-day jury trial commencing on November 12, 2019.

Dated this 27th day of August, 2019.

*s/ Douglas I. Richards*
Douglas I. Richards
**RICHARDS CARRINGTON, LLC**
1444 Blake Street
Denver, Colorado 80202
Telephone: 303-962-2690
Facsimile:  303-962-2691
Email:  doug@richardscarrington.com

*Attorney for Defendants 1 through 23 and Claimant Joseph Prince*

## CERTIFICATE OF SERVICE

  I hereby certify that on August 27, 2019, I electronically field the foregoing **CLAIMANT JOSEPH PRINCE'S SECOND STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
tonya.andrews@usdoj.gov

Temitayo "Tayo" O. Okunade
Okunade, LLP
tayo@okunadellp.com

John Henry Schlie
John Henry Schlie, P.C.
johnhenry@schlielawfirm.com

Nathan D. Chambers
Nathan D. Chambers, LLC
nchambers@nathanchamberslaw.com

             *s/ Dyanna Spicher*
             Dyanna Spicher, Paralegal